**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1703**

———————

UNITED STATES OF AMERICA,

                                    Petitioner - Appellee,

        versus

SCOTT HINES,

                                    Respondent - Appellant.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  N. Carlton Tilley, Jr.,
District Judge.  (1:05-mc-00120-NCT)

———————

Submitted:  August 29, 2007      Decided:  September 20, 2007

———————

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Oscar Stilley, Fort Smith, Arizona, for Appellant.  Eileen J.
O'Connor, Assistant Attorney General, Michael J. Haungs, Mary R.
Pelletier, Tax Division, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Scott Hines appeals the district court's order adopting the magistrate judge's recommendation and granting the petition to enforce a summons issued by the Internal Revenue Service. We have reviewed the record included on appeal, as well as the parties' briefs, and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Hines</u>, No. 1:05-mc-00120-NCT (M.D.N.C. May 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>